UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
:
DENISE CRUMWELL, *On Behalf of Herself*  :
*and All Other Persons Similarly Situated*,  :
:
                    Plaintiff,  :        24-CV-45 (VSB)
:
          -against-  :        **ORDER**
:
CELEBREE ENTERPRISES LLC,  :
:
                  Defendant.  :
-----------------------------------------------------------X

<u>VERNON S. BRODERICK</u>, United States District Judge:

      It has been reported to the Court that the parties in this case have reached a settlement agreement. Accordingly, it is hereby:

      ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's docket if the application to restore the action is made within forty-five (45) days.

SO ORDERED.

Dated:  February 20, 2024
         New York, New York

                                                                 Vernon S. Broderick
                                                                 United States District Judge